ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: rcaldwell@klnevada.com

Attorney for Defendant,
KOLESAR & LEATHAM

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LARRY LATHAM,<br><br>            Plaintiff,<br><br>vs.<br><br>KOLESAR & LEATHAM,<br><br>            Defendant. | CASE NO. 2:14-cv-01962-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

        Plaintiff, Larry Latham, by and through his counsel of record, Danny J. Horen, Esq. of Kazerouni Law Group, APC; and Defendant, Kolesar & Leatham, by and through its counsel of record, Robert J. Caldwell, Esq. of Kolesar & Leatham; hereby stipulate and agree that this entire action should be dismissed, with prejudice, with each party to bear its own fees and costs incurred herein.

        DATED this 9th day of February, 2015.

| KAZEROUNI LAW GROUP | KOLESAR & LEATHAM |
|---|---|
| By: /s/ Danny J. Horen<br>DANNY J. HOREN, ESQ.<br>Nevada Bar No. 013153<br>7854 West Sahara Avenue<br>Las Vegas, Nevada 89117<br><br>Attorney for Plaintiff,<br>Larry Latham | By: /s/ Robert J. Caldwell<br>ROBERT J. CALDWELL, ESQ.<br>Nevada Bar No. 007637<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145<br><br>Attorney for Defendant,<br>Kolesar & Leatham |

*Latham v. Kolesar & Leatham*

Case No. 2:14-cv-01962-JAD-PAL

**ORDER**

Pursuant to the foregoing stipulation of the parties and for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that this case is DISMISSED in its entirety, with prejudice, each party to bear it sown fees and costs. The Clerk of Court is instructed to close this case.

Dated: February 12, 2015.

_____
HON. JENNIFER A. DORSEY
United States District Judge

Respectfully submitted by:

ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   rcaldwell@klnevada.com